**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 09-1115**

—————

RENATA MARCINKOWSKA,

　　　　　Plaintiff - Appellant,

　　　v.

IMG WORLDWIDE, INCORPORATED, an Ohio corporation; DEL CAMPO
SAATCHI & SAATCHI, an Argentine company,

　　　　　Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.　Joseph F. Anderson, Jr., Chief
District Judge.　(0:07-cv-01214-JFA)

—————

Submitted:　March 25, 2009　　　　　　Decided:　April 15, 2009

—————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Renata Marcinkowska, Appellant Pro Se.　William H. Brewster,
KILPATRICK & STOCKTON, LLP, Atlanta, Georgia, John Witherspoon
Foster, KILPATRICK & STOCKTON, LLP, Columbia, South Carolina;
Hamlet Sam Mabry, III, HAYNSWORTH, SINKLER & BOYD, PA,
Greenville, South Carolina, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renata Marcinkowska appeals the district court's dismissal, pursuant to Fed. R. Civ. P. 12(b)(2) and (6), of her complaint alleging patent infringement in violation of 35 U.S.C. § 271 (2006), as well as other matters. Because Marcinkowska incorrectly designated this court as the appellate court, when the United States Court of Appeals for the Federal Circuit has exclusive appellate jurisdiction of this patent infringement matter, see 28 U.S.C. § 1295(a)(1) (2006); Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 807 (1988), we grant the motions to dismiss for lack of jurisdiction filed by Defendants.[*]

DISMISSED

---

[*] Our finding that this appeal should have been pursued in the United States Court of Appeals for the Federal Circuit would ordinarily require this court to transfer the matter to that court. See 28 U.S.C. § 1631 (2006). We find it not to be in the interest of justice to do so here, however, as our review of the Federal Circuit's docket information reveals that Marcinkowska's appeal was noted by that court on February 25, 2009.